UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7163 CAS (AGR) | Date | March 24, 2010 |
|---|---|---|---|
| Title | SVETLANA ABELYAN v. ONEWEST BANK, ETC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(Chambers:) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION AS TO DEFENDANT COLORADO FEDERAL SAVINGS BANK**

On August 27, 2009, plaintiff Svetlana Abelyan filed suit in Los Angeles Superior Court against defendants OneWest Bank ("OneWest"), as successor by acquisition of IndyMac Federal Bank; Colorado Federal Savings Bank; and Does 1 through 10, for claims arising out of the mortgage loan obtained on her primary residence located at 2344 Pennerton Drive, Glendale, California 91206.  On October 1, 2009, defendant OneWest removed the action to federal court based on subject matter jurisdiction pursuant to 28 U.S.C. § 1331.  On November 9, 2009, the Court granted defendant OneWest's motion to dismiss plaintiff's complaint.  On December 9, 2009, plaintiff filed her first amended complaint ("FAC") alleging claims for: (1) unlawful and unfair business practices under Cal. Bus. & Prof. Code § 17200; and (2) permanent injunction.

It appears from the record that no service of the summons and complaint has been made on defendant Colorado Federal Savings Bank.  **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 7, 2010** why this action should not be dismissed for lack of prosecution **as to defendant Colorado Federal Savings Bank.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7163 CAS (AGR) | Date | March 24, 2010 |
|---|---|---|---|
| Title | SVETLANA ABELYAN v. ONEWEST BANK, ETC.; ET AL. | | |

(1) A proof of service of summons and complaint on **defendant Colorado Federal Savings Bank**

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer