## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-7163 CAS (AGRx) | Date | May 20, 2011 |
|---|---|---|---|
| Title | SVETLANA ABELYAN v. ONEWEST BANK, ETC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) **PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DEFENDANT'S MOTION** (filed 05/17/11)

The Court is in receipt of plaintiff's ex parte application to continue defendant's Motion to Determine That No Temporary Restraining Order Is In Effect Or, In The Alternative, To Determine That No Preliminary Injunction Should Issue. Because the Court finds that plaintiff has failed to show good cause to justify a 45 day continuance, the Court hereby DENIES plaintiff's ex parte application. Plaintiff shall file her opposition to defendant's motion or before May 27, 2011. Defendant shall file a reply on or before June 3, 2011. The hearing on defendant's motion will remain on June 13, 2011.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |